

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-41-M-JCL |
| United States Postal Service parcel addressed to David Stewart, 1800 5th Ave., Helena, MT 59601 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 27th day of June, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1